Borghese Legal, Ltd.
10161 Park Run Drive,
Suite 150
Las Vegas,
Nevada 89145
(702) 382-0200

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**Borghese Legal, Ltd.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

*Attorneys for Defendants*
*Zeplin Global Group, LLC,*
*Javier Lujan, and Michael Zuccarello*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MJJ&L HOLDING, LLC; ZEPLIN GLOBAL GROUP, LLC; JAVIER LUJAN; and MICHAEL ZUCCARELLO,<br><br>Defendants. | **Case No.: 2:20-cv-00428-APG-NJK**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff, by and through its counsel of record, and Defendants, by and through their respective counsel of record specially appearing and without conceding personal jurisdiction or waiving any defenses, hereby agree and stipulate for an extension of time for all Defendants to file and serve their answers or other responses to the Complaint. The first defendant was served on March 7, 2020 with a current response deadline of March 28, 2020. The Parties request that that all Defendants shall have up to and including **April 17, 2020** to answer or otherwise respond to the Complaint. This is the first request by the parties for such an extension.

This Stipulation is made for good cause and not for purposes of delay. On or about March 13, 2020 Borghese Legal, Ltd. was retained by Defendants Zeplin Global Group, LLC,

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

Javier Lujan, and Michael Zuccarello in connection with the above-captioned case. On or about March 14, 2020, Gile Law Group was retained by defendant MJJ&L Holding, LLC in connection with the above-captioned case. Good cause for this request exists because counsel have not yet had an opportunity to consult with Defendants regarding the allegations in the Complaint or any defenses that Defendants may have. This Stipulation shall not be construed as a waiver of any rights belonging to any of the parties hereto.

DATED: <u>March 18, 2020</u>.

**IT IS SO AGREED AND STIPULATED:**

**BORGHESE LEGAL, LTD.**

By: <u>/s/ Mark Borghese</u>
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorneys for Defendants*
*Zeplin Global Group, LLC,*
*Javier Lujan, and Michael Zuccarello*

**GILE LAW GROUP**

By: <u>/s/ Ryan Gile</u>
Ryan Gile, Esq.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
*Attorneys for Defendant*
*MJJ&L Holding, LLC*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: <u>/s/ Meng Zhong</u>
Meng Zhong, Esq.
Brian D. Blakley, Esq.
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

**PEREZ VAUGHN & FEASBY, INC.**
Jeffrey A. Feasby, Esq.
600 B Street, Suite 2100
San Diego, CA 92101

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 19, 2020