1  Meng Zhong
   Nevada Bar No. 12145
2  Brian D. Blakley
   Nevada Bar No. 13074
3  Dale Kotchka-Alanes
   Nevada Bar No. 13168
4  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
5  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
6  E-mail: mzhong@LRRC.com
   E-mail: bblakley@LRRC.com
7  E-mail: dkotchkaalanes@LRRC.com

8  Jeffrey A. Feasby (*pro hac vice*)
   PEREZ VAUGHN & FEASBY, INC.
9  600 B Street, Suite 2100
   San Diego, CA  92101
10 Tel: 619.741.0242
   Fax: 619.460.0437
11 E-mail: feasby@pvflaw.com

12   *Attorneys for Plaintiff*
     *JoshCo Tech, LLC*

13
                 **UNITED STATES DISTRICT COURT**
14                    **DISTRICT OF NEVADA**

15 JOSHCO TECH, LLC, a Nevada limited          **Case No.:  2:20-cv-00428-APG-NJK**
   liability company,
16
           Plaintiff,                          **STATUS REPORT**
17
   v.
18
   MJJ&L HOLDING, LLC; ZEPLIN GLOBAL
19 GROUP, LLC; JAVIER LUJAN; and
   MICHAEL ZUCCARELLO,
20
           Defendants.
21
   JOSHCO TECH, LLC, a Nevada limited          **Case No.:  2:20-cv-00497-JAD-DJA**
22 liability company,

23         Plaintiff,

24 v.

25 MICHAEL ZUCCARELLO, an individual;
   ZRM CONSULTING, INC., a California
26 corporation,

27         Defendants.

28

                                 1

13350457.1

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL ZUCCARELLO, an individual; MJJ&L HOLDINGS, LLC, a California limited liability company,<br><br>        Defendants. | **Case No.:  2:20-cv-00499-JAD-EJY** |
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>DOES 1-4, the owners and operators of vetbcg.com, *et al.,*<br><br>        Defendants. | **Case No.:  2:20-cv-00526-APG-NJK** |
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>DOES 1-4, the owners and operators of proveteranconsulting.com, *et al.,*<br><br>        Defendants. | **Case No.:  2:20-cv-00712-JAD-NJK** |

        Plaintiff JoshCo Tech, LLC ("JoshCo Tech") and defendants MJJ&L Holding, LLC ("MJJ&L"), Zeplin Global Group, LLC ("Zeplin"), Javier Lujan ("Lujan"), Michael Zuccarello ("Zuccarello"), and ZRM Consulting, INC. ("ZRM") (collectively, "Defendants") hereby submit this joint status report pursuant to the Minute Order entered at December 7, 2020 (ECF No. 53).

        The parties believe they are very close in terms of working out an execution version of a settlement agreement.  Accordingly, JoshCo Tech and Defendants respectfully request the Court continue the previous stay to allow the parties time to work towards a final resolution. The parties propose submitting a status report in two weeks (on February 2, 2021) on the status of settlement (assuming no stipulated dismissal is filed before then).

2

13350457.1

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

Dated this 19ᵗʰ day of January, 2021.
GILE LAW GROUP LTD.

Dated this 19ᵗʰ day of January, 2021.
LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By:   /s/  Ryan Gile
Ryan Gile, Esq.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
E-mail: rg@gilelawgroup.com

*Attorney for MJJ&L Holding, LLC*

Dated this 19ᵗʰ day of January, 2021.

BORGHESE LEGAL, LTD.

By:   /s/   Mark Borghese
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
E-mail: mark@borgheselegal.com

*Attorneys for Zeplin Global Group, LLC,*
*Javier Lujan, and Michael*
*Zuccarello*

By:   /s/ Meng Zhong
Meng Zhong, Nevada Bar No. 12145
Brian D. Blakley, Nevada Bar No. 13074
Dale Kotchka-Alanes, Nevada Bar No. 13168
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
E-mail: mzhong@LRRC.com
E-mail: bblakley@LRRC.com
E-mail: dkotchkaalanes@LRRC.com

Jeffrey A. Feasby (*pro hac vice*)
PEREZ VAUGHN & FEASBY, INC.
600 B Street, Suite 2100
San Diego, CA  92101
Tel: 619.741.0242
Fax: 619.460.0437
E-mail: feasby@pvflaw.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT
JUDGE/UNITED STATES MAGISTRATE JUDGE

DATED:   January 20, 2021
_____

3

13350457.1