1  Meng Zhong
   Nevada Bar No. 12145
2  Brian D. Blakley
   Nevada Bar No. 13074
3  Dale Kotchka-Alanes
   Nevada Bar No. 13168
4  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
5  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
6  E-mail: mzhong@LRRC.com
   E-mail: bblakley@LRRC.com
7  E-mail: dkotchkaalanes@LRRC.com

8  Jeffrey A. Feasby (*pro hac vice*)
   PEREZ VAUGHN & FEASBY, INC.
9  600 B Street, Suite 2100
   San Diego, CA  92101
10 Tel: 619.741.0242
   Fax: 619.460.0437
11 E-mail: feasby@pvflaw.com

12 *Attorneys for Plaintiff
   JoshCo Tech, LLC*

13
                    **UNITED STATES DISTRICT COURT
14                      DISTRICT OF NEVADA**

15 | JOSHCO TECH, LLC, a Nevada limited | **Case No.: 2:20-cv-00428-APG-NJK**
   | liability company,
16 |
   |       Plaintiff,                    | **STATUS REPORT**
17 |
   | v.
18 |
   | MJJ&L HOLDING, LLC; ZEPLIN GLOBAL
19 | GROUP, LLC; JAVIER LUJAN; and
   | MICHAEL ZUCCARELLO,
20 |
   |       Defendants.
21 |
   | JOSHCO TECH, LLC, a Nevada limited   | **Case No.: 2:20-cv-00497-JAD-DJA**
22 | liability company,
   |
23 |       Plaintiff,
   |
24 | v.
   |
25 | MICHAEL ZUCCARELLO, an individual;
   | ZRM CONSULTING, INC., a California
26 | corporation,
   |
27 |       Defendants.

28

1

13486633.1

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL ZUCCARELLO, an individual; MJJ&L HOLDINGS, LLC, a California limited liability company,<br><br>           Defendants. | Case No.:  2:20-cv-00499-JAD-EJY |
| 8<br>9<br>10<br>11<br>12<br>13 | JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>DOES 1-4, the owners and operators of vetbcg.com, *et al.*,<br><br>           Defendants. | Case No.:  2:20-cv-00526-APG-NJK |
| 14<br>15<br>16<br>17<br>18<br>19 | JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>DOES 1-4, the owners and operators of proveteranconsulting.com, *et al.*,<br><br>           Defendants. | Case No.:  2:20-cv-00712-JAD-NJK |

20   Plaintiff JoshCo Tech, LLC ("JoshCo Tech") and defendants MJJ&L Holding, LLC
21 ("MJJ&L"), Zeplin Global Group, LLC ("Zeplin"), Javier Lujan ("Lujan"), Michael Zuccarello
22 ("Zuccarello"), and ZRM Consulting, INC. ("ZRM") (collectively, "Defendants") hereby submit
23 this joint status report pursuant to the Order entered at January 20, 2021 (ECF No. 54).

24   The parties are gathering the remaining signatures for the settlement agreement and
25 anticipate a stipulated dismissal to be filed soon. Accordingly, JoshCo Tech and Defendants
26 respectfully request the Court continue the previous stay for one week. The parties propose
27 submitting a status report on February 9, 2021 assuming no stipulated dismissal is filed before
28 then.

Dated this 2nd day of February, 2021.
GILE LAW GROUP LTD.

By: __/s/ Ryan Gile__
Ryan Gile, Esq.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
E-mail: rg@gilelawgroup.com

*Attorney for MJJ&L Holding, LLC*

Dated this 2nd day of February, 2021.
BORGHESE LEGAL, LTD.

By: __/s/ Mark Borghese__
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
E-mail: mark@borgheselegal.com

*Attorneys for Zeplin Global Group, LLC, Javier Lujan, and Michael Zuccarello*

Dated this 2nd day of February, 2021.
LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: __/s/ Meng Zhong__
Meng Zhong, Nevada Bar No. 12145
Brian D. Blakley, Nevada Bar No. 13074
Dale Kotchka-Alanes, Nevada Bar No. 13168
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
E-mail: mzhong@LRRC.com
E-mail: bblakley@LRRC.com
E-mail: dkotchkaalanes@LRRC.com

Jeffrey A. Feasby (*pro hac vice*)
PEREZ VAUGHN & FEASBY, INC.
600 B Street, Suite 2100
San Diego, CA  92101
Tel: 619.741.0242
Fax: 619.460.0437
E-mail: feasby@pvflaw.com

*Attorneys for Plaintiff
JoshCo Tech, LLC*

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT COURT JUDGE~~/UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2021

13486633.1